O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 26 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>Sergio Alcala-Sanchez,<br><br>                    Defendant. | Case No.: SACR 99-0004-JVS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central Dist of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _undocumented alien status, unknown background_

1 and bail resources, use of numerous personal identifiers,
2 prior deportations, prior supervised release violation
3 _____

4 and/or

5 B. (X) The defendant has not met his/her burden of establishing by
6 clear and convincing evidence that he/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: extensive criminal history, lack of compliance w/
10 court orders, prior supervised release violation
11 _____
12 _____
13

14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

16
17 Dated: 2/26/13                    /s/ Jean Rosenbluth
18                                   JEAN ROSENBLUTH
                                     U.S. MAGISTRATE JUDGE

2